IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW PAUL PEREZ, | ) | |
| Reg. No. 70366-018, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19-CV-779-WHA |
| | ) | [WO] |
| WALTER WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On November 18, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice for Plaintiff's failure to file financial information as ordered by this court.

Final judgment will be entered separately.

DONE this 16th day of December, 2020.

          /s/ W. Harold Albritton
          SENIOR UNITED STATES DISTRICT JUDGE